# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:  
    LISA H MACY  
    JOSEPH P MACY  
        Debtors

Case No. 08-06468

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/19/2008.

2) The plan was confirmed on 06/06/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/26/2008.

5) The case was dismissed on 12/05/2008.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $ 37,150.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (4/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $4,280.53 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $4,280.53

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $248.25 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,748.25

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AIDAR COUNTY AMBULANCE DISTR | Unsecured | 280.00 | 1,729.61 | 1,729.61 | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 3,957.48 | 2,227.87 | 2,227.87 | 0.00 | 0.00 |
| AMERICOLLECT INC | Unsecured | 434.00 | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
| AOL LONG DISTANCE | Unsecured | 103.00 | 276.72 | 276.72 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 172.00 | 9,456.87 | 9,456.87 | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | 1,500.00 | 1,500.00 | 1,500.00 | 220.40 | 32.00 |
| BLECK & WELKER | Unsecured | 373.00 | 378.17 | 378.17 | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 352.00 | 350.63 | 350.63 | 0.00 | 0.00 |
| CERTIFIED RECOVERY | Unsecured | 507.00 | 5.80 | 5.80 | 0.00 | 0.00 |
| CERTIFIED RECOVERY | Unsecured | 5,605.00 | 718.00 | 718.00 | 0.00 | 0.00 |
| CHECK IT | Unsecured | 126.00 | 437.98 | 437.98 | 0.00 | 0.00 |
| CHECK IT | Unsecured | 125.00 | 120.60 | 120.60 | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 718.00 | 522.64 | 522.64 | 0.00 | 0.00 |
| CHRISTIAN LIFE SCHOOL | Unsecured | 2,910.00 | NA | NA | 0.00 | 0.00 |
| CHRISTINE MACY | Priority | 10,798.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 149.52 | NA | NA | 0.00 | 0.00 |
| CORTRUST BANK | Unsecured | 274.95 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU DATA INC | Unsecured | 2,655.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU DATA INC | Unsecured | 1,214.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU DATA INC | Unsecured | 69.63 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU DATA INC | Unsecured | 6,884.89 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU DATA INC | Unsecured | 439.76 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU DATA INC | Unsecured | 23.40 | NA | NA | 0.00 | 0.00 |
| DAVID E FELDMAN | Unsecured | 1,802.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK | Secured | 68,075.82 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| EDUCATION DIRECT | Unsecured | 785.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 9,294.64 | NA | NA | 0.00 | 0.00 |
| FIRST MIDWEST BANK | Unsecured | 744.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIRST PREMIER BANK | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| HANDYMAN CLUB OF AMERICA | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| INTERIM CASH LTD | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE L-Z | Unsecured | 3.24 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE L-Z | Priority | 523.01 | 551.76 | 551.76 | 0.00 | 0.00 |
| JEFFERY M LEVING LAW OFFICES | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| KANSAS COUNSELORS | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| KRAMER MEDICAL GROUP | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL EYE SERVICES | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| MERCURY FINANCE CPS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| MID SOUTH CREDIT BUREAU | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| MONSON LAW OFFICE | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| NEXTEL COMMUNICATIONS INC | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE CARDIOLOGISTS | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS COLLECTION | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS COLLECTION | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Secured | 1,650.00 | 1,650.00 | 1,650.00 | 205.20 | 74.68 |
| PENN FOSTER | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES ENERGY | Unsecured | 536.50 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| QUIK PAYDAY.COM | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| READER SERVICE CENTER | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| RICHARD S ROCK MD | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| SBC AMERITECH | Unsecured | 369.07 | NA | NA | 0.00 | 0.00 |
| SEPTON DERMATOLOGY ASSOC | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| SPORTS PHYSICAL THERAPY | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| STATE DISBURSEMENT UNIT | Priority | NA | 10,798.00 | 10,798.00 | 0.00 | 0.00 |
| TRI STATE ADJUSTMENT | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENT | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| TRU GREEN CHEM LAWN | Unsecured | 313.50 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Unsecured | 1,891.00 | 1,438.20 | 1,438.20 | 0.00 | 0.00 |
| WALMART | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| WISCONSIN ELECTRIC | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |
| WISCONSIN ELECTRIC POWER CO | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,150.00 | $425.60 | $106.68 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,150.00** | **$425.60** | **$106.68** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $10,798.00 | $0.00 | $0.00 |
| All Other Priority | $551.76 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$11,349.76** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$19,563.09** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,748.25 |
| Disbursements to Creditors | $532.28 |
| **TOTAL DISBURSEMENTS** : | **$4,280.53** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/28/2009            By: /s/ Glenn Stearns
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**